# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RYAN STILLMAN LUCAS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 7:13cv00055 |
| ) | |
| v. ) | |
| ) | |
| GARY L. SHIVELY, et al. ) | By: Hon. Michael F. Urbanski |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

## ORDER

In accordance with the Memorandum Opinion entered this day, defendants' bills of costs, Dkt. Nos. 81 and 82, are **DENIED**. Pursuant to the order of the Fourth Circuit Court of Appeals, Dkt. No. 84, the court **AWARDS** costs in the amount of $76.80 to defendant Patrick Lamb.

It is **SO ORDERED**.

Entered: May 5, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge